UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENDRICKS & LEWIS PLLC, a Washington professional limited liability company,<br><br>Petitioner,<br><br>vs.<br><br>GEORGE CLINTON, an individual,<br><br>Respondent. | Case No. C10-0253-JCC<br><br>AMENDED JUDGMENT |

The Final Award dated February 4, 2010, issued in the matter of *Hendricks & Lewis, PLLC and George Clinton*, Case Number 75-194-Y-000102-09, before the American Arbitration Association, having been confirmed by Order of this Court on May 27, 2010, IT IS ADJUDGED that Petitioner Hendricks & Lewis, PLLC is awarded JUDGMENT in its favor as follows:

1. Final Judgment in favor of Hendricks & Lewis, PLLC and against Respondent George Clinton in the amount of $1,675,639.82.

2. The amount awarded by this Judgment shall accrue post-judgment interest at .38 percent, as provided in 28 U.S.C. § 1961, from the date of entry of this Judgment.

3. Petitioner Hendricks & Lewis, PLLC is awarded taxable costs against Respondent George Clinton.

//

JUDGMENT -- 1

{89915.DOC}

1       4.      The Clerk shall enter Final Judgment in favor of Hendricks & Lewis, PLLC in accordance herewith.

DATED this 28th day of May, 2010.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

JUDGMENT -- 2
{89915.DOC}