UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENDRICKS & LEWIS PLLC,

    Petitioner,

  v.

GEORGE CLINTON,

    Respondent.

Case No. C10-253JCC

TAXATION OF COSTS

  Costs in the above-entitled action are hereby taxed against RESPONDENT GEORGE CLINTON and on behalf of PETITIONER in the amount of $940.00.

  Dated this ___28th___ day of JUNE, 2010 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1