# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENDRICKS & LEWIS PLLC, a Washington professional limited liability company,

        Petitioner,

vs.

GEORGE CLINTON, an individual,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C10-0253-JCC

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    Petitioner's motion for attorneys' fees is GRANTED. (Dkt. No. 36.) Petitioner is awarded its reasonable attorneys' fees incurred in connection with this proceeding in the amount of $60,786.50.

Dated this 19th day of July, 2010.

                        BRUCE RIFKIN
                        Clerk

                        /s/ *C. Ledesma*
                        Deputy Clerk